# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ABCARIAN, R. REYES, and H. REYES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MELDON EDISES LEVINE, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-7106 FMO (JPRx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the federal claims, and dismissed without prejudice as to the remaining state-law claims.

Dated this 3rd day of January, 2019.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　United States District Judge